# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **RUSSELL ROSSER** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CV 4:14-608-RBP |
| | ) | |
| **COLLECTO, INC., d/b/a** | ) | |
| **EOS CCA** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DISMISSAL ORDER

In accordance with the Plaintiff's Notice of Voluntary Dismissal With Prejudice filed by plaintiff, Russell Rosser on July 30, 2014, this action is **DISMISSED, WITH PREJUDICE** pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 6th day of August, 2014.

*Robert B. Propst*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**